UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR14-5361-BHS |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING STIPULATED |
| v. | ) | MOTION TO CONTINUE TRIAL AND |
| | ) | PRETRIAL MOTIONS DEADLINE |
| CHRISTOPHER CORTLAND FISK KENT, | ) | |
| | ) | |
| Defendant. | ) | |

THE COURT has considered the stipulated motion of the parties to continue the trial date and pretrial motions deadline. The Court grants the motion and finds that

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time for effective preparation due to counsels' need for more time to review the evidence, consider possible defenses, research the legality of the searches conducted in this case, prepare pretrial motions, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) because Mr. Kent is indicted in two districts for similar offenses, this case is sufficiently complex and it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the current trial schedule, as set forth in 18 U.S.C. § 3161(h)(7)(B)(ii); and

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(Christopher Cortland Fisk Kent, CR14-5361-BHS) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

(c) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(d) the additional time requested between the current trial date of October 7, 2014, and the new trial date is necessary to provide counsel for the defendant the reasonable time to prepare for trial, research and prepare pretrial motions, and investigate, considering all of the facts in the defendant's motion and the records and files herein; and

(e) the period of delay from the date of this order to the new trial date is excludable under 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(ii), (iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to January 20, 2015, pretrial motions shall be filed no later than December 4, 2014 and Pretrial Conference is set for January 12, 2015 at 10:00 a.m.

DONE this 18th day of September, 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Christopher Cortland Fisk Kent

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(Christopher Cortland Fisk Kent, CR14-5361-BHS) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100